Attorneys for Plaintiff, DAVID C. PINHOLSTER
ALLEY•CLARK•GREIWE
Counsel for Plaintiff
701 E. Washington Street
Tampa, Florida 33602
Phone: 813-222-0977
Facsimile: 813-224-0373

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number 3:06-CV-5703<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| DAVID C. PINHOLSTER,<br>        Plaintiffs,<br>    vs.<br>Pfizer, Inc., et al.<br>        Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, DAVID C. PINHOLSTER, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 4|6 , 2009        By: _____

ALLEY•CLARK•GREIWE
Counsel for Plaintiff
701 E. Washington Street
Tampa, Florida 33602
Phone: 813-222-0977
Facsimile: 813-224-0373
Attorneys for Plaintiff, DAVID C. PINHOLSTER

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | DATED: April 6, 2009 | By: _____ |
| 2 | | DLA PIPER LLP (US) |
| 3 | | 1251 Avenue of the Americas |
| | | New York, NY 10020 |
| 4 | | Telephone: (212) 335-4500 |
| | | Facsimile: (212) 335-4501 |
| 5 | | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 9, 2009

_____
Hon. Charles R. Breyer
United States District

*IT IS SO ORDERED*
Judge Charles R. Breyer

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**